JOSEPH MEDICA in Trust for BARBARA MEDICA, Respondent, v. WALTER MACONKA and MARY MACONKA, Appellants.— Order of the City Court of Yonkers granting summary judgment, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.

MT. VERNON PROFESSIONAL BUILDING CORPORATION, Appellant, v. T. ANDREW BUCKLEY, Respondent.— Order of the City Court of Mount Vernon reversed on the law, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs, on authority of *Mt. Vernon Professional Building Corp. v. Sposato (post,* p. 797), decided herewith. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

MT. VERNON PROFESSIONAL BUILDING CORPORATION, Appellant, v. FRANK M. SPOSATO, Respondent.— Order of the City Court of Mount Vernon reversed on the law, with ten dollars costs and disbursements, and the motion for summary judgment granted, with ten dollars costs. No facts were shown entitling the defendant to a trial and no showing of a constructive eviction is established in this record. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

HENRY OPPENLANDER, Respondent, v. H. C. BOHACK COMPANY, INC., Appellant.— Order denying motion to correct the complaint affirmed, with fifty dollars costs and disbursements, with leave to defendant to answer within ten days from the entry of the order herein. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

ARLEIGH PELHAM, Respondent, v. FONDA, JOHNSTOWN AND GLOVERSVILLE RAILROAD COMPANY, Appellant.— Order in so far as it strikes out the defenses and the first counterclaim affirmed. In so far as it strikes out the other counterclaims, the order is reversed on the law, with ten dollars costs and disbursements to appellant, and motion denied as to such counterclaims, with ten dollars costs, with leave to defendant to plead over within ten days from the entry of the order herein. The second, third, fourth and fifth counterclaims state facts sufficient to constitute a cause of action. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

GEORGE F. PICKEN, Trustee in Bankruptcy of MEYER LEVINE and NOAH LEVINE, Individually and as Copartners, Trading as CENTRAL UPHOLSTERING AND AWNING COMPANY, Respondent, v. GEORGE COHEN and ISRAEL COHEN, Copartners, Doing Business under the Firm Name and Style of SAMUEL COHEN's SONS, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.